**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**YELANIS BROOK,**

    **Plaintiff,**

v.                                                           **Case No.: 8:17-cv-171-T-30AAS**

**SISTEMA UNIVERSITARIO ANA G. MENDEZ, INC.,**

    **Defendant.**
_____/

## **ORDER**

Before the Court is the parties' Stipulation and [Proposed] Order Governing the Production and Exchange of Confidential Information (Doc. 56).

Under the Local Rules, all requests for relief from the Court are to be made in the form of a motion, and must comply with all other rules regarding motions. *See* Local Rule 3.01(f), M.D. Fla. Here, the parties simply filed a proposed order, without the accompanying motion required by Local Rule 3.01(f). In addition, the Court reminds the parties that: (1) there is no need for the Court to endorse a confidentiality agreement, as stipulated and signed confidentiality agreements will be enforced; and (2) a party's designation of a document as confidential does not necessitate that the Court will treat the document as confidential during a judicial proceeding or require that the document otherwise be shielded from the public.

Accordingly, it is **ORDERED** that parties' Stipulation and [Proposed] Order Governing the Production and Exchange of Confidential Information (Doc. 56) is **DENIED without prejudice.**

**DONE and ORDERED** in Tampa, Florida on this 27th day of October, 2017.

AMANDA ARNOLD SANSONE
United States Magistrate Judge